**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00474-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES ROBERT TAUBR,

      Defendant.

**MINUTE ORDER**[1]

      At the oral request of the parties, the supervised release violation hearing previously set for July 6, 2010, is **VACATED**. On **July 30, 2010**, at 9:30 a.m., the court shall conduct a status/dispositional hearing in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado, shall assist in securing the defendant's appearance for this hearing.

      Dated: July 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.