**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00474-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES ROBERT TAUBR,

      Defendant.

---

**MINUTE ORDER**[1]

---

At the oral request of the parties, the status conference previously set for July 30, 2010, is **VACATED** and is **CONTINUED** to **August 13, 2010**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado, shall assist in securing the defendant's appearance for this hearing.

      Dated: July 29, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.