**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  08-cr-00474-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JAMES ROBERT TAUBR,

     Defendant.

---

**MINUTE ORDER**[1]

---

     After conferring with the parties on August 13, 2010, and with their consent

     **IT IS ORDERED** as follows:

     1.  That on **September 17, 2010**, commencing at 8:00 a.m., the court shall conduct a status conference in this matter; and

     2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated:  August 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.