## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Action No. 08-cr-00474-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES ROBERT TAUBR,

      Defendant.

---

## ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND VACATING SUPERVISED RELEASE VIOLATION HEARING

---

THIS MATTER comes before the Court on request of the probation officer to dismiss the supervised release violation petition dated January 11, 2011, and vacate the supervised release violation hearing scheduled for June 24, 2011.  Assistant United States Attorney Brenda Taylor and Assistant Federal Public Defender Virginia Grady concur with this request.  The Court, having been advised of the facts and premises of the above case, hereby

ORDERS that the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release dated January 11, 2011, be dismissed and the supervised release violation hearing scheduled for June 24, 2011, be vacated.

Dated June 8, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge